IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-00343-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MCKENZIE WRIGHT LECHNER,

    Defendant.

_____

**ORDER**
_____

    Upon the court's consideration of the Government's Motion to Disclose Grand Jury Transcripts to the defendant.

    IT IS HEREBY ORDERED that pursuant to Rule 6(e)(3)(E)(I) Federal Rules of Criminal Procedure, a copy of the transcript of testimony given by witnesses Hal Koenig, Sequoia King and Selwyn King before the Grand Jury be provided to the defendant and his counsel on the condition that any copies of the transcript be retained in the personal custody or office of counsel for the defendant.

    DATED at Denver, Colorado, on November 9, 2006.

                                     BY THE COURT:

                                     s/ Walker D. Miller

PDF FINAL

United States District Judge