# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE WALKER D. MILLER

### COURTROOM MINUTES

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 9, 2006 |
| Court Reporter: Janet Coppock | Time: 16 minutes |
| Probation Officer: n/a | Interpreter: n/a |

## CASE NO.   06-CR-00343-WDM

Parties                                              Counsel

**UNITED STATES OF AMERICA,**                   James Candaleria

            Plaintiff,

vs.

**MCKENZIE WRIGHT LECHNER,**                   LaFonda Jones


            Defendant.

---

### HEARING ON MOTION TO VACATE TRIAL

---

**2:32 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**Defendant's Motion to Vacate Trial Date and Continue Trial Due to Ends of Justice (Doc #14), filed 11/1/06.**

Discussion regarding time needed to be prepared to proceed to trial.

Comments by Ms. Jones.
Page Two
06-CR-343-WDM
November 9, 2006

Comments by Mr. Candaleria advising of no objection.

Court concludes that the ends of justice served by excluding **from today, up to and including February 5, 2007** from the speedy trial calculations outweigh the best interest of the public and the defendants in a speedy trial. Taking into account the exercise of due diligence and considering the late appearance of defense counsel, to require defendant to go to trial within the established speedy trial deadline would be unreasonable.

**ORDERED:**   Defendant's Motion to Vacate Trial Date and Continue Trial Due to Ends of Justice (Doc #14), filed 11/1/06 is **GRANTED.**  Trial scheduled for December 18, 2006 is **VACATED.**

**ORDERED:**   Counsel directed to chambers to schedule trial no later than February 5, 2007 and a trial preparation conference 2 weeks prior.

**ORDERED:**   Defendant's Motion to Disclose Grand Jury Material to Defendant (Doc #15), filed 11/1/06 is **GRANTED.**  Defense counsel instructed to retain that material in her personal custody.  Written order will issue.

**ORDERED:**   Bond continued.

**2:48 p.m.     COURT IN RECESS**

**Total in court time:          16 minutes**

**Hearing concluded**