IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00343-WDM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

MCKENZIE WRIGHT LECHNER,

 Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

 The following Minute Order is entered by Judge Walker D. Miller:

 The defendant's motion to waive her appearance at the October 24 hearing is granted.


Dated:  October 18, 2007

                 s/ Jane Trexler, Judicial Assistant